**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| OSCAR HERRERA RAMOS, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. 1:26-cv-4300-PX |
| ROBERT GUADIAN, *et al.*, | * | |
| Respondents. | * | |

***

**MEMORANDUM ORDER**

For the reasons stated during today's recorded telephone conference, it is this 16th day of October, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The Court GRANTS the Petition at ECF No. 1;
2. Respondents are DIRECTED to RELEASE Petitioner by **5:00 PM today;**
3. Respondents SHALL FILE a status report by no later than Monday, October 19, 2026, confirming compliance with this Order;
4. The parties SHALL meet and confer and by no later than Friday, October 23, 2026, and file a joint written status report advising whether this case may be closed or whether additional briefing is warranted. If the parties request additional briefing, the parties shall propose a mutually agreeable briefing schedule;
5. Respondents SHALL immediately transmit this Order to all relevant officers, agents, and employees under their control and with responsibility in this matter.

/s/
Paula Xinis
United States District Judge